PATRICIA SCHILLING, as Executrix of DONALD W. SCHILLING, Deceased, Respondent, v ACCADIA ENTERPRISES, INC., De-

fendant and Third-Party Plaintiff-Respondent. JOHN A. MALARK, Third-Party Defendant-Respondent, and BANC ONE ACCEPTANCE CORP., Third-Party Defendant-Appellant. [795 NYS2d 914]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered March 24, 2004 in a wrongful death action. The order, among other things, denied the cross motion of third-party defendant Banc One Acceptance Corp. seeking dismissal of the third-party claims against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (*see Schilling v Malark*, 13 AD3d 1153 [2004]). Present—Martoche, J.P., Smith, Lawton and Hayes, JJ.